**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0805n.06
Filed: November 15, 2007

**No. 06-4082**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CHRISTOPHER SADDLER, | ) | SOUTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellant. | ) | |

Before: DAUGHTREY and COOK, Circuit Judges; and VINSON, District Judge.[*]

PER CURIAM. Christopher Saddler appeals the district court's order denying his Motion to Suppress. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in denying the Motion to Suppress. Because the district court fully articulated the reasons for denying the Motion, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we affirm the judgment of the district court upon the reasoning set out by that court in its order dated February 28, 2006.

---

[*]The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.